We don't want that to happen again, Mr. Messore. We're hoping it will work now. It's rarely exercised in this court. I'm not going to do that. Thank you, counsel. Both for this enlightening argument. It will be taken under advisement and the written disposition shall issue.